■ In the Matter of DONALD CUNNINGHAM, Appellant, v PETER PREISER, as Commissioner of New York State Department of Correctional Services, et al., Respondents.—Judgment, Supreme Court, Albany County, entered on January 6, 1975, affirmed on the opinion of Larkin, J. at Special Term, without costs. Greenblott, J. P., Sweeney, Kane, Main and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX BANKS, Appellant.—Judgment, County Court, Chemung County, rendered on May 30, 1974, affirmed (see *People v Brown,* 46 AD2d 255). Greenblott, J. P., Sweeney, Kane, Main and Reynolds, JJ., concur.